UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUGUST LEE LAW,<br><br>        Petitioner,<br><br>  vs.<br><br>HAROLD W. CLARKE, ROB MCKENNA, JAMES L. SAFFLE, DAVID S. COOK, KLICKITAT COUNTY PROSECUTING ATTORNEY,<br><br>        Respondent. | NO. CV-05-383-LRS<br><br>ORDER DISMISSING PETITION |

    By Order filed January 19, 2006, the court advised Petitioner of the deficiencies of his *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254, and directed him to amend. Specifically, Petitioner failed to name a proper Respondent. *See* Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; *Stanley v. California Supreme Court,* 21 F.3d 359, 360 (9th Cir. 1994).

    Although granted the opportunity to amend to cure the deficiencies of the initial petition, Mr. Law has not done so. Therefore, for the reasons set forth above and in the Order to Amend Petition, **IT IS ORDERED** the petition is **DISMISSED WITHOUT PREJUDICE**

ORDER DISMISSING PETITION -- 1

for lack of personal jurisdiction. *See Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner and close the file.

**DATED** this 28TH day of March, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION -- 2